# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand and sixteen.

Before:     Peter W. Hall,
                *Circuit Judge*

_____

| | |
|---|---|
| In Re: Tremont Securities Law, State Law and Insurance Litigation | **ORDER**<br><br>Docket Nos.   15-3011 (L),<br>                           15-3241 (Con),<br>                           15-3251 (Con) |

_____

    Appellants George Turner, Bindler Living Trust, Madelyn Haines, John Johnson, William J. Millard Trust, Stella Ruggiano Trust, West Trust, and Paul Zamrowski move to extend the time in which to file their reply briefs from May 9, 2016 to May 23, 2016 and for leave to each file an oversized reply brief of up to and including 17,000 words.

    The motion is unopposed.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                                   For the Court:

                                                                     Catherine O'Hagan Wolfe,
                                                                     Clerk of Court